O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-09363-AHM (MANx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | FRANCISCO HERNANDEZ v. NEW CENTURY MORTGAGE CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Francisco Hernandez, *pro se* | Ezri J. Vargas | |

**Proceedings:**   DEFENDANTS' MOTION TO DISMISS [6] (non-evidentiary)

Court circulates its tentative order and hears oral argument. For reasons stated on the record, the Court grants the motion above and intends to remand the case back to state court. Order to issue.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | | SMO |